537 U.S. 902
 MENDEZ-GUDINO
v.
UNITED STATES.
PRUDENCIO
v.
UNITED STATES.
RAMIREZ-FERNANDEZ
v.
UNITED STATES.
RODRIGUEZ-MANCERA
v.
UNITED STATES; and
LUARGAS-VELASQUEZ, AKA VARGAS-VELASQUEZ, AKA MEZA-FUENTES
v.
UNITED STATES.
 No. 02-5225.
 Supreme Court of United States.
 October 7, 2002.
 
 1
 CERTIORARI TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT.
 
 
 2
 C. A. 5th Cir. Certiorari denied. Reported below: 35 Fed. Appx. 389 (third and fifth cases) and 390 (first, second, and fourth cases).